IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Russell C. Geissler, | ) | |
| | ) | C/A No. 4:20-3440-MBS-TER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bryan P. Stirling, Director of South | ) | **O R D E R** |
| Carolina Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The within action is related to Geissler v. Stirling, C/A No. 4:17-1746-MBS, a class action seeking declaratory and injunctive relief for inmates in custody of the South Carolina Department of Corrections (SCDC). The class action complaint also contained allegations of damages personal to Plaintiff and not relevant to the class. Therefore, on September 25, 2020, the court ordered that Plaintiff's personal claims for damages be severed from the class action and be given a new case number.

On July 23, 2020, Plaintiff filed a motion regarding settlement of his claim for damages (ECF No. 214). It appears Plaintiff's motion should be made a part of the within action. Accordingly, the court attaches Plaintiff's motion hereto and directs the Clerk of Court to enter the attachment as a pending motion. The Clerk of Court further is directed to term the identical motion in the class action case.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

October 27, 2020